AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ABBY LEIGH, as Executrix for the ESTATE OF MITCH LEIGH, and MARTHA WASSERMAN, as Executrix for the ESTATE OF DALE WASSERMAN <br><br> *Plaintiff(s)* <br> v. <br> HELLEN S. DARION and ALAN S. HONIG, <br><br> *Defendant(s)* | Civil Action No. 1:16-cv-07896 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hellen S. Darion
PO Box 315
Lyme, New Hampshire 03768

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tamar S. Wise, Cozen O'Connor, 277 Park Avenue, New York, NY 10172
(212) 883-4924,      -and-
Matthew C. Lefferts, Franklin, Weinrib, Rudell & Vassallo, P.C., 488 Madison Avenue, New York, NY 10022 (212) 446-9792

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*